**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | |
|---|---|
| AUGUST KREIS, III, KARLEY D. KREIS, ABBAGALE R. KREIS, JULIUS Z. KREIS, and GIDEON M. KREIS,<br><br>    Plaintiffs,<br><br>vs.<br><br>TENNESSEE FARMERS INSURANCE COMPANY, JOHN ROBERTS, and ELAINE ROBERTS,<br><br>    Defendants. | No. 3:04-CV-446<br>(Guyton) |

**FINAL WITNESS LIST**

Come John Roberts and Elaine Roberts, by and through counsel, pursuant to this Court's Scheduling Order dated December 17, 2004, and announce that the following individuals may be called as witnesses in the above-captioned matter:

1. John Roberts
   240 Hunters Ridge
   Madisonville, Tennessee  37354-7780

2. Elaine Roberts
   240 Hunters Ridge
   Madisonville, Tennessee  37354-7780

3. Greg Dunn
   Senior Claims Representative
   Tennessee Farmers Mutual Insurance Co.
   3930 Western Avenue, Suite A
   Knoxville, Tennessee  37921-4451
   (865) 525-4400

Respectfully submitted this 3rd day of June, 2005.

                                           s/John T. Johnson, Jr.
                                           JOHN T. JOHNSON, JR. (#001956)
                                           Kramer, Rayson, Leake, Rodgers &
                                               Morgan, LLP
                                           P.O. Box 629
                                           Knoxville, Tennessee  37901-0629
                                           (865) 525-5134
                                           Attorney for Defendants, John Roberts
                                             and Elaine Roberts

## **CERTIFICATE OF SERVICE**

     I hereby certify that on the 3rd day of June, 2005, a copy of the foregoing Final Witness List was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. mail.  Parties may access this filing through the Court's electronic filing system.

                                           s/John T. Johnson, Jr.
                                           JOHN T. JOHNSON, JR. (#001956)
                                           Attorney for Defendants, John Roberts
                                           and Elaine Roberts

OF COUNSEL:

KRAMER, RAYSON, LEAKE,
  RODGERS & MORGAN, LLP
P.O. Box 629
Knoxville, Tennessee  37901-0629
(865) 525-5134